# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 99-5430**                               **September Term, 2000**

Eric Eldred, et al.,                          **Filed On: February 20, 2001**
       Appellants                          [577078]

v.

Janet Reno, In her official capacity as Attorney General,
       Appellee

---

Appeal from the United States District Court
for the District of Columbia
(No. 99cv00065)

---

Before: GINSBURG, SENTELLE and HENDERSON, *Circuit Judges*.

**O R D E R**

It is **ORDERED**, by the court's own motion, that the opinion issued by the court on February 16, 2001 be amended as follows:

Page 11, lines 7-8: Delete the words "so much as mentions the preamble, let alone."

**Per Curiam**

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk